[No. 5547-7-III. Division Three. January 12, 1984.]

*In the Matter of* ROGER MEANS.

MARITA ENTWISTLE, *Appellant,* RODNEY MEANS, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82-3-03181-8, William J. Grant, J., entered December 20, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, A.C.J., and McInturff, J.

[No. 6114-1-III. Division Three. January 12, 1984.]

*In the Matter of the Personal Restraint of*
MARK ROBERT MUNSEY, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 5601-1-II. Division Two. January 13, 1984.]

STEPHEN R. TERNYAK, ET AL, *Appellants,* v. CODY
A. MILLER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 282164, Stanley W. Worswick, J., entered May 1, 1981. *Reversed* and *remanded* by unpublished opinion per Petrich, C.J., concurred in by Reed, J., and Johnson, J. Pro Tem.